■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH ALLEN, Appellant. [728 NYS2d 684] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Klein, J.), rendered February 25, 1999, convicting him of criminal sale of a controlled substance in the third degree, assault in the second degree, and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly denied the defendant's motion for a mistrial (*see, People v Krom,* 91 AD2d 39, *affd* 61 NY2d 187). Moreover, the defendant received meaningful representation of counsel (*see, People v Benevento,* 91 NY2d 708). Furthermore, the trial court properly excluded the defendant from the courtroom for engaging in disruptive behavior (*see, People v Perez,* 213 AD2d 499). Goldstein, J. P., Friedmann, McGinity and Adams, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY BROOKS, Appellant. [728 NYS2d 693] —Application by the appellant, *inter alia,* for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 13, 1999 (*People v Brooks,* 264 AD2d 742), affirming a judgment of the Supreme Court, Kings County, rendered June 2, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Altman, J. P., Friedmann, Feuerstein and Schmidt, JJ., concur.